# United States Bankruptcy Court
# Eastern District of New York

Drop box filer form (to be filled out and added to envelope):

Filer's Full Name: Carline Williams

Address: 664 East 77th Street Brooklyn NY 11286

Phone Number: 917-716-4848

Email Address: Kaile.Williams592@yahoo.com

If required, Related Case Number: _____

Debtor(s) names: JJJCC & K management corp.

2021 DEC 16 A 10: 54
RECEIVED/DB

| Fill in this information to Identify the case: |
|---|
| United States Bankruptcy Court for the: |
| _____ District of _____ (State) |
| Case number (if known): _____ Chapter _____ |

☐ Check if this is an amended filing

RECEIVED/ DEC 16 2021

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy      04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**  JJJCC & K Management Corp.

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  20-3787363

4. **Debtor's address**

   **Principal place of business**
   304 Stuyvesant Ave
   Number   Street

   Brooklyn     N.Y.   11233
   City         State  ZIP Code

   Kings
   County

   **Mailing address, if different from principal place of business**
   664 East 77th Street
   Number   Street

   P.O. Box

   Brooklyn     N.Y.   11236
   City         State  ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number   Street

   City         State  ZIP Code

5. **Debtor's website (URL)**

Debtor  JJJCC & K Management Corp            Case number (if known) _____

6. **Type of debtor**

   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☐ None of the above

   B. *Check all that apply:*

   ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   ___ ___ ___ ___

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   Check one:

   ☐ Chapter 7
   ☐ Chapter 9
   ☑ Chapter 11. *Check all that apply:*

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

Debtor _JJJCC & K management Corp_     Case number (if known) _____
         Name

9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?
   ☐ No
   ☑ Yes.  District _____  When __/__/____  Case number _____
                                    MM / DD / YYYY
   If more than 2 cases, attach a separate list.
           District _____  When __/__/____  Case number _____
                                    MM / DD / YYYY

10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?
    ☑ No
    ☐ Yes.  Debtor _Calvin Williams_  Relationship _____
            District _____  When __/__/____
                                             MM / DD / YYYY
    List all cases. If more than 1, attach a separate list.
    Case number, if known _____

11. Why is the case filed in *this district*?

    Check all that apply:
    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?

    ☑ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    Why does the property need immediate attention? (Check all that apply.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
        What is the hazard? _____
    ☐ It needs to be physically secured or protected from the weather.
    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
    ☐ Other _____

    Where is the property? _304_  _Stuyvesant Ave_
                           Number  Street

    _Brooklyn_            _N.Y_  _11233_
    City                  State  ZIP Code

    Is the property insured?
    ☐ No
    ☑ Yes. Insurance agency _____
           Contact name _____
           Phone _____

**Statistical and administrative information**

Debtor  JJJ CC & K management Corp        Case number (if known) _____

13. **Debtor's estimation of available funds**

   Check one:
   ☐ Funds will be available for distribution to unsecured creditors.
   ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**

   ☑ 1-49
   ☐ 50-99
   ☐ 100-199
   ☐ 200-999
   ☐ 1,000-5,000
   ☐ 5,001-10,000
   ☐ 10,001-25,000
   ☐ 25,001-50,000
   ☐ 50,001-100,000
   ☐ More than 100,000

15. **Estimated assets**

   ☐ $0-$50,000
   ☐ $50,001-$100,000
   ☐ $100,001-$500,000
   ☐ $500,001-$1 million
   ☑ $1,000,001-$10 million
   ☐ $10,000,001-$50 million
   ☐ $50,000,001-$100 million
   ☐ $100,000,001-$500 million
   ☐ $500,000,001-$1 billion
   ☐ $1,000,000,001-$10 billion
   ☐ $10,000,000,001-$50 billion
   ☐ More than $50 billion

16. **Estimated liabilities**

   ☐ $0-$50,000
   ☐ $50,001-$100,000
   ☐ $100,001-$500,000
   ☐ $500,001-$1 million
   ☑ $1,000,001-$10 million
   ☐ $10,000,001-$50 million
   ☐ $50,000,001-$100 million
   ☐ $100,000,001-$500 million
   ☐ $500,000,001-$1 billion
   ☐ $1,000,000,001-$10 billion
   ☐ $10,000,000,001-$50 billion
   ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

   The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

   I have been authorized to file this petition on behalf of the debtor.

   I have examined the information in this petition and have a reasonable belief that the information is true and correct.

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed on  12 16 2021
   MM / DD / YYYY

   X _Carline Williams_        Carline Williams
   Signature of authorized representative of debtor    Printed name

   Title  Owner

Debtor  JJSCC & K Management Corp         Case number (if known) _____
        Name

18. **Signature of attorney**      ✗ _____   Date _____
                                   Signature of attorney for debtor         MM  / DD / YYYY

                                   _____
                                   Printed name

                                   _____
                                   Firm name

                                   _____
                                   Number     Street

                                   _____  _____  _____
                                   City                              State    ZIP Code

                                   _____         _____
                                   Contact phone                  Email address

                                   _____         _____
                                   Bar number                     State

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2. The following financial data is the latest available information and refers to the debtor's condition on _____.

   a. Total assets                                        $ 4,000,000.00

   b. Total debts (including debts listed in 2.c., below)  $ 3,000,000.00

   c. Debt securities held by more than 500 holders

   |  |  |  |  | Approximate number of holders: |
   |---|---|---|---|---|
   | secured ☐ unsecured ☐ subordinated ☐ | $ _____ | | | _____ |
   | secured ☐ unsecured ☐ subordinated ☐ | $ _____ | | | _____ |
   | secured ☐ unsecured ☐ subordinated ☐ | $ _____ | | | _____ |
   | secured ☐ unsecured ☐ subordinated ☐ | $ _____ | | | _____ |
   | secured ☐ unsecured ☐ subordinated ☐ | $ _____ | | | _____ |

   d. Number of shares of preferred stock        _____
   e. Number of shares common stock              _____

   Comments, if any: _____

3. Brief description of debtor's business: 16 units Building

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
   _____
   _____
   _____

Fill in this information to identify the case:

Debtor name _____

United States Bankruptcy Court for the: _____ District of _____ (State)

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Con Edison PO Box 1702 New York, NY 10116-1702 | | | | | | |
| 2 | National Grid P.O. Box 371416 Pittsburgh, PA 15250-7416 | | | | | | |
| 3 | NYC Water Board PO Box 11863 Newark, NJ 07101-8163 | | | | | | |
| 4 | Stuyvesant Funding 1410 Broadway Suit 304 NY, NY 1001 | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Debtor _____   Case number (if known)_____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

# List of Creditors.

1) Con Edison
   PO Box 1702
   New York, NY 10116-1702

2) National Grid
   P.O. Box 371416
   Pittsburgh, PA 15250-7416

3) NYC Water Board
   PO Box 11863
   Newark, NJ 07101-8163

4) Stuyvesant Funding
   1140 Broadway Suit 304
   N.Y., N.Y. 1001

U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
2021 DEC 16 A 11:17
RECEIVED/DB