# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 12/16/2021 |
| Case: 1−21−43092−nhl | Form ID: 764 | Total: 2 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    JJJCC & K Management Corp.    664 East 77th Street    Brooklyn, NY 11236
smg    Office of the United States Trustee    Eastern District of NY (Brooklyn Office)    U.S. Federal Office Building    201 Varick Street, Suite 1006    New York, NY 10014

TOTAL: 2