**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------
**IN RE:**

| | |
|---|---|
| **JJJCC & K Management Corp.,** | **CASE NO.: 21-43092-nhl** |
| **Debtor(s).** | **CHAPTER 11** |

----------------------------------------------------------

### NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

**SALVATORE LAMONICA, ESQ.**
3305 Jerusalem Avenue
Wantagh, New York 11793
Tele. (516) 826-6500
Email: SL@lhmlawfirm.com

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Date:  New York, New York          WILLIAM K. HARRINGON
       December 17, 2021           United States Trustee, Region 2

                                   By: */s/ Reema Lateef*
                                   Reema Lateef, Esq.
                                   Trial Attorney
                                   201 Varick Street, Suite 1006
                                   New York, New York 10014
                                   Tel No. (212) 510-0500
                                   Fax No. (212) 668-2255

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------
IN RE:

JJJCC & K Management Corp.,　　　　　　　　　CASE NO.: **21-43092-nhl**

                 **Debtor(s)**　　　　　　　　　　　　　　**CHAPTER 11**

-------------------------------------------------------------

### VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE

In connection with the United States Trustee's Notice of Appointment of me as Subchapter V trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

(a) am not a creditor, equity security holder or insider of the debtor;

(b) am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

(c) do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation for my service in this case at an hourly rate of $675, in addition to seeking reimbursement for any actual and necessary expenses I incur.

I hereby accept my appointment as subchapter V trustee in this case pursuant to FRBP 2008.

Dated: December 17, 2021

                                                      Salvatore LaMonica